**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| HENRY K. JOHNSON, | : No. 94 EAL 2018 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.